## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Tammy Lynn Burow

Debtor

Chapter 13 No.    14-38272

Judge    A. Benjamin Goldgar

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on February 7, 2019, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Mark Johnson

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 150 N Michigan Ave., Suite 2600, Chicago, Illinois 60601 at 5:00 p.m. on February 7, 2019 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Mark Johnson
Mark Johnson ARDC# 6284911

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2325

**SERVICE LIST**

Tammy Lynn Burow
26134 Mallard Avenue
Antioch, IL 60002

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Marc A Affolter
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, IL 60603